FILED
IN COURT
CHARLOTTE, N. C.
APR 17 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:07mj76 |
| v. | ORDER TO SEAL |
| ALFREDO HOMES SUSI<br>a/k/a "Freddie," | |
| Defendant. | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this 17th day of April, 2007, at 2:40 pm.

_____
CARL HORN III
UNITED STATES MAGISTRATE JUDGE