IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07CR119-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER** |
| vs. | ) |  |
|  | ) |  |
| ALFREDO SUSI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application to Appear Pro Hac Vice" (Document No. 60) filed by Attorney George A. Young on November 16, 2007; and the "Suggestion of Inquiry Into George A. Young's Application to Appear Pro Hac Vice" (Document No. 63) filed by the Government on November 19, 2007. In light of the contents of the Government's filing, Mr. Young is directed to file a reply on or before Monday, November 26, 2007.

**SO ORDERED.**

Signed: November 19, 2007

David C. Keesler
United States Magistrate Judge