# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL ACTION NO. 3:07-CR-119-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALFREDO HOMES SUSI, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On November 19, 2007, the undersigned issued an Order (Document No. 65) requiring Attorney George A. Young to file a reply on or before November 26, 2007 to the Government's "Suggestion of Inquiry Into George A. Young's Application to Appear Pro Hac Vice" (Document No. 63). The undersigned's staff has been informed that Mr. Young is currently hospitalized and undergoing back surgery. In light of Mr. Young's medical condition, the Court will extend Mr. Young's time to file a reply to Document No. 63.

**IT IS, THEREFORE, ORDERED** that George A. Young shall file a reply to Document No. 63 on or before **December 7, 2007**.

David C. Keesler
United States Magistrate Judge

Signed: November 26, 2007