# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07-cr-00119

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (4) ALFREDO HOMES SUSI and ) | |
| (5) CHAD MICHAEL SCHNEIDER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TAKE NOTICE that a hearing on on the Government's Motion for an Order Directing Defendant Alfredo Susi to Show Cause Why He Should Not be Held in Contempt of Court (Doc. No. 58) and the Government's Motion for an Order Directing Defendant Chad Michael Schneider to Show Cause Why He Should Not be Held in Contempt of Court (Doc. No. 67) will be held at 4:00 p.m. on Wednesday, December 12, 2007, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: December 5, 2007

Frank D. Whitney
United States District Judge