# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:07-cr-00119-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| (4) ALFREDO HOMES SUSI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* as to the status of defense counsel's procurement of local counsel. Following a hearing on February 11, 2008, Magistrate Judge David C. Keesler orally granted defense counsel George Young's Motion for Leave to Appear Pro Hac Vice with the specific condition that Mr. Young obtain local counsel in this matter. The local counsel requirement was necessary, in the Court's opinion, as a result of the various issues raised in the Government's challenge to Mr. Young's pro hac vice motion. Nevertheless, no notice of appearance has been filed by local counsel in this case.

Therefore, the Court ORDERS Mr. Young to immediately obtain local counsel and file an appropriate notice of appearance. Failure to do so prior to the docket call set for Monday, March 31, 2008, at 2:00 p.m. may result in a finding of contempt of court against Mr. Young and subject him to a monetary fine for each day that he fails to comply with this Order.

IT IS SO ORDERED.

Signed: March 28, 2008

Frank D. Whitney
United States District Judge