**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA,** | ) | DOCKET NO. 3:07 CR 119 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **ALFREDO SUSI (4),** | ) |  |
|  | ) |  |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 2, 2008, the jury, by Special Verdict, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure determined that the Defendant obtained $1,885,359.00 in proceeds from the offenses alleged in Counts 1, 4 through 7, and 11 through 24 of the Bill of Indictment, for which the Defendant has been convicted, and

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $1,885,359.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $1,885,359.00 pursuant to Title 18, United States Code, § 982(a)(8).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment;

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,885,359.00 to satisfy the money judgment in whole or in part.

Signed: November 25, 2008

Frank D. Whitney
United States District Judge