UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR119-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>(4) ALFREDO SUSI,  )<br>)<br>Defendant.  )<br>) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On November 25, 2008, this Court entered a Final Order of Forfeiture after a jury returned a verdict finding Defendant guilty of fraud and conspiracy as charged in Counts One, Four through Seven and Eleven through Twenty-four of the Indictment. At trial, the jury returned a special verdict finding that the Defendant had derived $1,885,359.00 from the offenses for which he had been convicted. The November 25, 2008 Final Order of Forfeiture constituted a $1,885,359.00 money judgment. On December 15, 2008, this Court entered a Preliminary Order of Forfeiture (Substitute Property). The Court ordered the forfeiture of approximately $1,005,514.82 in US Currency in partial satisfaction of the money judgment..

From February 6, 2009 through March 7, 2009, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and notice to third parties of their right to petition the Court, within sixty days from February 6, 2009, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed and that the time for filing such petitions has passed.

Based on the Defendant's conviction, outstanding money judgment and Preliminary Order of Forfeiture (Substitute Property), the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statue.

It is therefore ORDERED that:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture (Substitute Property) is confirmed as final and that all right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **$1,005,514.82 in US Currency, which was seized from Alfredo Susi on November 19, 2008 at 401 W. Trade Street, Charlotte, NC.**

Signed: April 17, 2009

Frank D. Whitney
United States District Judge