# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                         CASE NUMBER: 3:07cr119(4)

ALFREDO SUSI


      THIS MATTER is before the Court on an Order of Remand, filed 5/14/10, from the Fourth Circuit Court of Appeals for re-sentencing.

      **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of  Defendant, ALFREDO SUSI (USM# 78719-004), for re-sentencing before the honorable Frank D. Whitney,  in the Western District of North Carolina, Charlotte, North Carolina not later than October 1, 2010, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

      The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

      IT IS SO ORDERED.

                          Signed: August 24, 2010

                          Frank D. Whitney
                          United States District Judge