UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:07-cr-0119-4

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff | ) | |
| v. | ) | ORDER |
| ALFREDO SUSI, | ) | |
| Defendant | ) | |

This matter is before the Court *sua sponte* on this Court's recognition that it legally erred when it admitted Counsel Michael D. Gelety, Esq., into this District by Special Admission. This Court hereby VACATES its Text Orders of August 11, 2010, admitting Mr. Gelety by Special Admission and finding that Mr. Gelety's Motion for Admission Pro Haec Vice was moot.

Rather, Mr. Gelety by this ORDER is admitted as Pro Hac Vice counsel in this District under Local Rule 83.1(d)(1) and not by Special Admission under Local Rule 83.1(d)(2).

Thus Defense counsel must re-file all motions filed since August 11, 2010, with local counsel also signing such motions and being subject to the same sanction as Pro Hac Vice counsel if the Court were to determine the motion is frivolous.

IT IS SO ORDERED.

Signed: September 9, 2010

Frank D. Whitney
United States District Judge